Doc#:   5875  Bk:32906  Pg:   70

Quitclaim Assignment

WHEREAS, AMERICA'S WHOLESALE LENDER, is identified as the "Lender" on a certain mortgage executed by LISA A. SANBORN AND DONALD DOWEN, and bearing the date of the 24th day of OCTOBER, 2006 and recorded on the 30th day of OCTOBER, 2006, recorded in CUMBERLAND County Registry of Deeds for the State of Maine in Book 24516 at Page 1 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration System, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee for AMERICA'S WHOLESALE LENDER and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, COUNTRYWIDE HOME LOANS, INC., FORMERLY DOING BUSINESS AS AMERICA'S WHOLESALE LENDER wishes to convey and assign any and all rights it may have under the Mortgage to BOFA MERRILL LYNCH ASSET HOLDINGS, INC.; and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, COUNTRYWIDE HOME LOANS, INC., FORMERLY DOING BUSINESS AS AMERICA'S WHOLESALE LENDER hereby assigns and quit claims to BOFA MERRILL LYNCH ASSET HOLDINGS, INC. all of its rights, title and interests (whatever they may be, if any) in the Mortgage to BOFA MERRILL LYNCH ASSET HOLDINGS, INC..

Dated: January 07, 2016

COUNTRYWIDE HOME LOANS, INC., FORMERLY DOING BUSINESS AS AMERICA'S WHOLESALE LENDER

*Sherry McAlister*

Sherry McAlister, Assistant Vice President


EXHIBIT E

Doc#:   5875 Bk:32906 Pg:  71

## Acknowledgment

STATE OF ARIZONA, COUNTY OF MARICOPA

On 1-7-2016, before me, Grace E. Peña, Notary Public, personally appeared Sherry McAlister, Assistant Vice President of Countrywide Home Loans, Inc., Formerly Doing Business As America's Wholesale Lender, whose identity was proven to me on the basis of satisfactory evidence to be the person who he/she claims to be and whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last written.

[Notary Seal: GRACE E PENA, NOTARY PUBLIC - ARIZONA, Pinal County, My Commission Expires September 12, 2019]

Notary Public:

Grace E. Peña

My Commission Expires:

9-12-2019

LISA A SANBORN
18 MAPLE AVENUE
SCARBOROUGH, ME  04074

RECORDING REQUESTED BY:
BANK OF AMERICA, N.A.

**When recorded return to:**
CoreLogic
PO Box 961006
Ft. Worth, TX 76161-9836

Doc#:   5875 Bk:32906 Pg:  72

| | |
|---|---|
| RECORDING REQUESTED BY:<br>BANK OF AMERICA, N.A.<br><br>WHEN RECORDED MAIL TO:<br>~~CoreLogic~~<br>~~450 E. Boundary Street~~<br>~~Chapin, SC 29036~~<br><br>Attn: Assignment Unit<br>Doc # | |
| TITLE OF DOCUMENT: | This Space for Recorder's Use Only |

# Quitclaim Assignment

THIS SPACE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

▶ 059-TITLE PAGE (R7/95)

```
Received
Recorded Register of Deeds
Feb 09,2016 08:18:37A
Cumberland County
Nancy A. Lane
```