PREPARED BY AND RETURN TO:
M. E. Wileman
2860 Exchange Blvd. # 100
Southlake, TX 76092

ORIGINAL

**Assignment of Mortgage**    Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FORMERLY KNOWN AS COUNTRYWIDE HOME LOANS SERVICING, LP 1800 Tapo Canyon Rd., Simi Valley, CA 93063 (Assignor) by these presents does assign and set over, without recourse, to BOFA MERRILL LYNCH ASSET HOLDINGS, INC. 1800 Tapo Canyon Rd., Simi Valley, CA 93063 (Assignee) the described mortgage with all interest, all liens, any rights due or to become due thereon, executed by LISA A SANBORN AND DONALD DOWEN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (MERS) AS NOMINEE FOR AMERICA'S WHOLESALE LENDER ITS SUCCESSORS AND ASSIGNS.  Said mortgage Dated: 10/24/2006 is recorded in the State of ME, County of Cumberland on 10/30/2006, Book 24516 Page 1 Instrument # 71364 AMOUNT: $ 195,000.00   TOWN OF SCARBOROUGH
Property Address: 18 MAPLE AVENUE, SCARBOROUGH, ME 04074
TOGETHER with the bond or note or obligation described in said mortgage, and the moneys due and to grow due thereon with the interest: TO HAVE AND TO HOLD the same unto the Assignee and to the successors, legal representatives, and assigns of the Assignee forever.

IN WITNESS WHEREOF, the undersigned corporation/trust has caused this instrument to be executed as a sealed instrument by its proper officer. Executed on: 6/6/16
BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FORMERLY KNOWN AS COUNTRYWIDE HOME LOANS SERVICING, LP By Gregory Funding LLC Attorney in fact

By: _____
Irving Potter, Vice President

Witness: Nicholas Jackson

State of Oregon, County of Washington
On 6-6-16, before me, the undersigned notary public, personally appeared Irving Potter, who signed this document before me and acknowledged that he/she was authorized to and did execute this instrument as Vice President of By Gregory Funding LLC Attorney in fact for BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FORMERLY KNOWN AS COUNTRYWIDE HOME LOANS SERVICING, LP and that he/she executed this instrument as the act of the entity named in this instrument and such execution was done as the free act and deed of By Gregory Funding LLC Attorney in fact for BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FORMERLY KNOWN AS COUNTRYWIDE HOME LOANS SERVICING, LP not in its individual capacity, but solely as By Gregory Funding LLC Attorney in fact for BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FORMERLY KNOWN AS COUNTRYWIDE HOME LOANS SERVICING, LP and also personally appeared before me as witness, Nicholas Jackson who signed this document before me.

Notary public, of Oregon
My commission expires: 3-2-2020

OFFICIAL STAMP
BRENDA KERR-RICHARDS
NOTARY PUBLIC-OREGON
COMMISSION NO. 948108
MY COMMISSION EXPIRES MARCH 02, 2020

**EXHIBIT F**